IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:10CV111

| | |
|---|---|
| PIAZZA'S CARPET & TILE SHOP, INC., Jamestown, New York, on behalf of itself and all others similarly situated,<br>　　　　Plaintiffs,<br><br>　　　vs.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA and VITAFOAM, INC.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　**ORDER GRANTING MOTION**<br>)　**PRO HAC VICE OF**<br>)　**MICHAEL D. MUSTARD**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant, Flexible Foam Products, Inc., for admission *pro hac vice* of Michael D. Mustard, and it appearing to the Court under Local Rule 83.1(B) that Mr. Mustard should be admitted *pro hac vice* as representing Defendant Flexible Foam Products, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and Michael D. Mustard is admitted to practice before this Court *pro hac vice*.

　　　　　　　　　　Signed: August 26, 2010

　　　　　　　　　　*/s/ Richard L. Voorhees*
　　　　　　　　　　Richard L. Voorhees
　　　　　　　　　　United States District Judge