IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.  5:10CV111

| | |
|---|---|
| PIAZZA'S CARPET & TILE SHOP, INC., ) <br> Jamestown, New York, on behalf of itself ) <br> and all others similarly situated, ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HICKORY SPRINGS ) <br> MANUFACTURING COMPANY, ) <br> VALLE FOAM INDUSTRIES, INC., ) <br> DOMFOAM INTERNATIONAL, INC., ) <br> THE CARPENTER COMPANY, ) <br> THE WOODBRIDGE GROUP, ) <br> FLEXIBLE FOAM PRODUCTS, INC., ) <br> SCOTTDEL INC., FOAMEX ) <br> INNOVATIONS, INC., FUTURE FOAM, ) <br> INC., VITAFOAM PRODUCTS ) <br> CANADA and VITAFOAM, INC., ) <br>       Defendants. ) | **ORDER GRANTING MOTION** <br> **PRO HAC VICE OF** <br> **KENDALL MILLARD** |

    **THIS CAUSE** having come before the Court on motion of local counsel for Defendant, Flexible Foam Products, Inc., for admission *pro hac vice* of Kendall Millard, and it appearing to the Court under Local Rule 83.1(B) that Mr. Millard should be admitted *pro hac vice* as representing Defendant Flexible Foam Products, Inc.

    **IT IS THEREFORE ORDERED** that the motion is granted and Kendall Millard is admitted to practice before this Court *pro hac vice*.

    Signed: August 26, 2010

Richard L. Voorhees
United States District Judge