IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:10CV111

PIAZZA'S CARPET & TILE SHOP, INC., )
Jamestown, New York, on behalf of itself )
and all others similarly situated, )
    Plaintiff, )
)
vs. ) **ORDER GRANTING MOTION**
) **PRO HAC VICE OF**
HICKORY SPRINGS ) **TIMOTHY J. COLEMAN**
MANUFACTURING COMPANY, )
VALLE FOAM INDUSTRIES, INC., )
DOMFOAM INTERNATIONAL, INC., )
THE CARPENTER COMPANY, )
THE WOODBRIDGE GROUP, )
FLEXIBLE FOAM PRODUCTS, INC., )
SCOTTDEL INC., FOAMEX )
INNOVATIONS, INC., FUTURE FOAM, )
INC., VITAFOAM PRODUCTS )
CANADA and VITAFOAM, INC., )
    Defendants. )

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant, Vitafoam, Inc. and Vitafoam Products Canada Ltd., for admission *pro hac vice* of Timothy J. Coleman, and it appearing to the Court under Local Rule 83.1(B) that Mr. Coleman should be admitted *pro hac vice* as representing Defendants Vitafoam, Inc. and Vitafoam Products Canada Ltd.

**IT IS THEREFORE ORDERED** that the motion is granted and Timothy J. Coleman is admitted to practice before this Court *pro hac vice*.

Signed: September 13, 2010

Richard L. Voorhees
United States District Judge