IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:10CV111

PIAZZA'S CARPET & TILE SHOP, INC., )
Jamestown, New York, on behalf of itself )
and all others similarly situated, )
    Plaintiff, )
)
  vs. )   **ORDER GRANTING MOTION**
)   **PRO HAC VICE OF**
HICKORY SPRINGS )   **BRIAN P. MURRAY**
MANUFACTURING COMPANY, )
VALLE FOAM INDUSTRIES, INC., )
DOMFOAM INTERNATIONAL, INC., )
THE CARPENTER COMPANY, )
THE WOODBRIDGE GROUP, )
FLEXIBLE FOAM PRODUCTS, INC., )
SCOTTDEL INC., FOAMEX )
INNOVATIONS, INC., FUTURE FOAM, )
INC., VITAFOAM PRODUCTS )
CANADA and VITAFOAM, INC., )
    Defendants. )

    **THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff, Foam Empire, Inc., for admission *pro hac vice* of Brian P. Murray, and it appearing to the Court under Local Rule 83.1(B) that Mr. Murray should be admitted *pro hac vice* as representing Plaintiff, Foam Empire, Inc.

    **IT IS THEREFORE ORDERED** that the motion is granted and Brian P Murray is admitted to practice before this Court *pro hac vice*.

Signed: October 7, 2010

Richard L. Voorhees
United States District Judge