IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:10CV111

| | |
|---|---|
| PIAZZA'S CARPET & TILE SHOP, INC., Jamestown, New York, on behalf of itself and all others similarly situated,<br>   Plaintiff,<br><br>vs.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA and VITAFOAM, INC.,<br>   Defendants. | **ORDER GRANTING MOTION PRO HAC VICE OF S. KEITH HUTTO** |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant, Woodbridge Sales & Engineering, Inc.[1] for admission *pro hac vice* of S. Keith Hutto, and it appearing to the Court under Local Rule 83.1(B) that Mr. Hutto should be admitted *pro hac vice* as representing Defendant, Woodbridge Sales & Engineering, Inc.

**IT IS THEREFORE ORDERED** that the motion is granted and S. Keith Hutto is admitted to practice before this Court *pro hac vice*.

Signed: November 1, 2010

Richard L. Voorhees
United States District Judge

---

[1] Erroneously sued as The Woodbridge Group.