# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CASE NO.  5:10CV111

PIAZZA'S CARPET & TILE SHOP, INC., )
Jamestown, New York, on behalf of itself )
and all others similarly situated, )
          Plaintiff, )
           )
          vs. )     **ORDER GRANTING MOTION**
           )     **PRO HAC VICE OF**
HICKORY SPRINGS )     **MARK A. GRIFFIN**
MANUFACTURING COMPANY, )
VALLE FOAM INDUSTRIES, INC., )
DOMFOAM INTERNATIONAL, INC., )
THE CARPENTER COMPANY, )
THE WOODBRIDGE GROUP, )
FLEXIBLE FOAM PRODUCTS, INC., )
SCOTTDEL INC., FOAMEX )
INNOVATIONS, INC., FUTURE FOAM, )
INC., VITAFOAM PRODUCTS )
CANADA and VITAFOAM, INC., )
          Defendants. )

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff,

Columbia River Floor Covering for admission *pro hac vice* of Mark A. Griffin, and it appearing

to the Court under Local Rule 83.1(B) that Mr. Griffin should be admitted *pro hac vice* as

representing Plaintiffs, Columbia River Floor Covering.

**IT IS THEREFORE ORDERED** that the motion is granted and Mark A. Griffin is

admitted to practice before this Court *pro hac vice*.

Signed: November 1, 2010

Richard L. Voorhees
United States District Judge