# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CASE NO. 5:10CV111

| | | |
|---|---|---|
| PIAZZA'S CARPET & TILE SHOP, INC., | ) | |
| Jamestown, New York, on behalf of itself | ) | |
| and all others similarly situated, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING MOTION** |
| | ) | **PRO HAC VICE OF** |
| HICKORY SPRINGS | ) | **DANIEL HUME** |
| MANUFACTURING COMPANY, | ) | |
| VALLE FOAM INDUSTRIES, INC., | ) | |
| DOMFOAM INTERNATIONAL, INC., | ) | |
| THE CARPENTER COMPANY, | ) | |
| THE WOODBRIDGE GROUP, | ) | |
| FLEXIBLE FOAM PRODUCTS, INC., | ) | |
| SCOTTDEL INC., FOAMEX | ) | |
| INNOVATIONS, INC., FUTURE FOAM, | ) | |
| INC., VITAFOAM PRODUCTS | ) | |
| CANADA and VITAFOAM, INC., | ) | |
| Defendants. | ) | |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff,

Ace Foam, Inc., for admission *pro hac vice* of Daniel Hume, and it appearing to the Court under

Local Rule 83.1(B) that Mr. Hume should be admitted *pro hac vice* as representing Plaintiffs,

Ace Foam, Inc.

    **IT IS THEREFORE ORDERED** that the motion is granted and Daniel Hume is

admitted to practice before this Court *pro hac vice*.

Signed: November 2, 2010

Richard L. Voorhees
United States District Judge